FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 13 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**NAQUONE TAYLOR**, individually,

**Plaintiff,**

Case No. 1:16-cv-01685-ARR-CLP

v.

**MASA TERIYAKI INC.** d/b/a **MASAKI TERIYAKI & SUSHI**, a New York for Profit entity, and **MOHAMMED WIDDI**, An individual,

**Defendants.**
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and among the undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom committee has been appointed or conservatee and no person not a party has an interest in this subject matter of the action, that the above entitled action be dismissed *with prejudice*, without costs and attorney's fees to either party as against the other and that each party waives all rights of appeal with respect to such dismissal.

Respectfully submitted on ~~July 6, 2017~~ July 10, 2017

By: _____
STEVEN T. GEE, P.C.
Attorneys for Defendant
Masa Teriyaki Inc.
121 Chrystie Street
New York, New York 10002
(212) 334-8838
Stevengeelaw@aol.com

By: _____
Tara Demetriades, Esq.
*Attorneys for Plaintiff*
ADA Accessibility Associates
1076 Wolver Hollow Road
Oyster Bay, NY 11771
Tel. No.: (516) 595-5009
Fax No.: (516) 626-7704

So ordered
/s/(ARR)
7/11/17

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Stipulation for Dismissal has been served via the Court's CM/ECF filing system upon all parties of record on ~~July 6, 2017~~. July 10, 2017.

By: /s/ **Tara Demetriades**
Tara Demetriades, Esq.
New York Bar No. 4185666